# Order

Michigan Supreme Court
Lansing, Michigan

May 23, 2012

144166

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

TOWNSHIP OF ELBA,
            Plaintiff-Appellee,

and

DAVID L. OSBORN, individually and as
Trustee of the Osborn Trust, MARK
CRUMBAUGH, CLOYD CORDRAY and
RITA CORDRAY,
            Intervening Plaintiffs-Appellees,

v

GRATIOT COUNTY DRAIN COMMISSIONER,
            Defendant-Appellant.

SC: 144166
COA: 303211
Gratiot CC: 10-011569-CZ

_____/

On order of the Court, the application for leave to appeal the October 18, 2011 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall include among the issues to be briefed whether, as the Court of Appeals concluded, "[w]ithout the requisite number of signatures attached to the #180-0 Drain petition, the Drain Commissioner had no authority or jurisdiction to act on the petition, and the proceedings establishing the No. 181 Consolidated Drainage District are void," thus authorizing the circuit court to exercise equitable jurisdiction.

The Michigan Association of County Drain Commissioners is invited to file a brief amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 23, 2012

_____
Clerk

p0516